1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROGER SCOTT ALLEN,

11           Plaintiff,                    No. CIV S-10-2768 GGH P

12        vs.

13   J.B. WALKER, Warden, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. §  2254.  However, a review of the filing indicates that

18   plaintiff actually seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in

19   forma pauperis affidavit or paid the required filing fee.  See 28 U.S.C. §§ 1914(a); 1915(a).

20   Plaintiff will be granted twenty-eight days to pay the filing fee in full or submit a properly

21   completed application to proceed in forma pauperis.

22           Plaintiff is cautioned that the in forma pauperis application form includes a

23   section that must be completed by a prison official, and the form must be accompanied by a

24   certified copy of plaintiff's prison trust account statement for the six-month period immediately

25   preceding the filing of this action.

26   \\\\\

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within twenty-eight days from the date of this order,

3  either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on

4  the form provided with this order; plaintiff is cautioned that failure to comply with this order or

5  seek an extension of time to do so will result in a recommendation that this action be dismissed

6  without prejudice;

7    2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

8  In Forma Pauperis By a Prisoner for use in a civil rights action; and

9    3.  The Clerk of the Court shall re-designate this case as a civil rights action

10  pursuant to 42 U.S.C. § 1983.

11  DATED: October 29, 2010

12

13                                                    /s/ Gregory G. Hollows
                                         _____
14                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

15  GGH:ab
    alle2768.3a
16

17

18

19

20

21

22

23

24

25

26